ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
**PANEL XII**

| | | |
|---|---|---|
| POPULAR AUTO, LLC.<br><br>PETICIONARIO<br><br>V.<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO REPRESENTADO POR HON. DOMINGO EMANUELLI HERNÁNDEZ, SECRETARIO DE JUSTICIA<br><br>RECURRIDO | KLCE202500496 | Recurso de *Certiorari* procedente del Tribunal de Primera Instancia, Sala de Superior de Caguas<br><br>Caso Número: SA2024CV00201<br><br>Sobre: Impugnación con confiscación (Ley Núm. 119-211) |

Panel integrado por su presidenta, la Jueza Grana Martínez, la Jueza Díaz Rivera y la Juez Lotti Rodríguez.[1]

Lotti Rodríguez, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico a 18 de junio de 2025.

Evaluado el *Aviso de Desistimiento* presentado por la parte peticionaria el 17 de junio de 2025, se declara Ha lugar. De conformidad con lo dispuesto en la Regla 83(A) de nuestro Reglamento, 4 LPRA Ap. XXII-B, R. 83 (A), se ordena el archivo de este caso por desistimiento.

**Notifíquese.**

Lo acordó el Tribunal, y lo certifica la Secretaria del Tribunal.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Conforme la DJ2024-062C del 6 de mayo de 2025, mediante la cual se asignó la integración de la Juez Glorianne M. Lotti Rodríguez al Panel XII.

Número identificador
SEN2025_____